**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                       CASE NO. 3:97cr114-01/LAC

TITO CASTILLO

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   April 5, 2010
Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by DEFENDANT PRO SE    on 3/11/10    Doc.# 35

RESPONSES:
NONE                                        on           Doc.#
                                                 on           Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed    _____ Consented

                                               WILLIAM M. McCOOL, CLERK OF COURT

                                               *s/Jerry Marbut*
LC (1 OR 2)                                Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 20th day of April, 2010, that:*

*(a) The relief requested is **DENIED**.*

*(b) At sentencing, the defendant was held accountable by the Court for 83 kilograms of cocaine base which resulted in a base offense level of 38. Pursuant to Amendment 706 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base. Since the defendant's base offense level is unchanged, he is not eligible for any reduction in his sentence of imprisonment pursuant to Amendment 706.*

                                                      *s/L.A. Collier*
                                                      **LACEY A. COLLIER**
                                          *Senior United States District Judge*